James C. Huber, Esq. (CA Bar No. 269488)
jhuber@attorneygl.com (Admitted *Pro Hac Vice*)
Matthew D. Luciani (AL Bar No. 1378A63P)
mluciani@attorneygl.com (Admitted *Pro Hac Vice*)
**GLOBAL LEGAL LAW FIRM**
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

James D. DiPasquale, #011033
**DIPASQUALE & SUMMERS, LLP**
737 Bishop Street, Suite 1460
Honolulu, Hawaiʻi 96813
Telephone: (808) 240-4771
Email: james@ds-lawoffices.com

Attorneys for Plaintiff
MERCHANT PAYMENT SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| MERCHANT PAYMENT SOLUTIONS, LLC, a Hawaiʻi limited liability company, Plaintiff, v. WEST PAYMENTS, LLC, a Texas limited liability company; RICKY BEARD, an individual; FFS DATA CORPORATION, a Texas corporation, and DOES 1-10 inclusive, Defendants. | Case No. 1:23-cv-00438 MWJS-WRP **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(B)** Judge: Hon. Micah W.J. Smith Complaint Filed: October 30, 2023 SAC Filed: June 21, 2024 Trial Date: None |
|---|---|

Pursuant to F.R.C.P. 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff MERCHANT PAYMENT SOLUTIONS, LLC, a Hawai'i limited liability company ("MPS") and its undersigned counsel hereby give notice that it wishes to end its participation in the above-captioned action and, accordingly, hereby voluntarily dismisses, without prejudice, its claims against the defendants.

Dated:  July 29, 2024                **GLOBAL LEGAL LAW FIRM**

By: /s/ *James C. Huber*
James C. Huber
Matthew D. Luciani
Attorney for Plaintiff
MERCHANT PAYMENT
SOLUTIONS, LLC

APPROVED AS TO FORM:

DATED:  July 30, 2024, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*MERCHANT PAYMENT SOLUTIONS, LLC, a Hawai'i limited liability company v. WEST PAYMENTS, LLC, a Texas limited liability company, et al.*
CV 23-00438 MWJS-WRP
Notice of Voluntary Dismissal Without Prejudice Under FRCP 41(A)(1)(B)

2